# AMALU, et al.

## vs

# LSH TRANSPORT, LLC, et al.

## LARRY STEVIE HURT

## July 28, 2016







**Celebrating 25 Years of Excellence in Reporting**

Max Curry, B.C.R., RPR, LCR, CRI, CCR
Owner/Senior Reporter

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

| | | |
|---|---|---|
| 1 | A. No, sir. | 09:28:06 |
| 2 | Q. All right. | 09:28:06 |
| 3 | MR. WRIGHT: I'm -- I am going to | 09:28:10 |
| 4 | mark the notice to take the deposition today of | 09:28:11 |
| 5 | LSH as the first numbered exhibit. We'll enter | 09:28:15 |
| 6 | that into the record. | 09:28:18 |
| 7 | (WHEREUPON, the above-mentioned | 09:28:20 |
| 8 | document was marked as Exhibit No. 1.) | 09:28:21 |
| 9 | BY MR. WRIGHT: | 09:28:21 |
| 10 | Q. This also had some documents that we | 09:28:22 |
| 11 | asked for. Did you bring any documents with | 09:28:24 |
| 12 | you? | 09:28:25 |
| 13 | A. I have no documents. | 09:28:25 |
| 14 | Q. You have no documents? | 09:28:26 |
| 15 | A. No, sir. | 09:28:27 |
| 16 | Q. So nothing on this list you have | 09:28:28 |
| 17 | anymore? | 09:28:30 |
| 18 | A. Nothing. | 09:28:30 |
| 19 | Q. All right. What happened to those | 09:28:30 |
| 20 | documents? | 09:28:32 |
| 21 | A. They -- I had a fire over the weekend and | 09:28:32 |
| 22 | all and burnt everything I had up. | 09:28:34 |
| 23 | Q. What weekend? | 09:28:36 |
| 24 | A. This past weekend. | 09:28:37 |
| 25 | Q. So your entire office burned down; is | 09:28:38 |

```
 1   that what you're saying?                              09:28:50
 2   A.     Yes.                                           09:28:51
 3   Q.     All right.  Did you -- before your entire      09:28:51
 4   office burned down, did you take what we asked        09:28:53
 5   and filed on June 8th of 2016 and gather those        09:28:58
 6   documents for responses --                            09:29:05
 7   A.     I was gathering them up, yes, sir.             09:29:05
 8   Q.     Okay.  And you -- and you left them in         09:29:07
 9   the office and they're gone now?                      09:29:10
10   A.     They were in my home, yes.                     09:29:11
11   Q.     And you don't -- in your house is where        09:29:13
12   they were burnt?                                      09:29:15
13   A.     Yes.                                           09:29:16
14   Q.     All right.  Did your whole house burn          09:29:16
15   down?                                                 09:29:19
16   A.     Yes.                                           09:29:20
17   Q.     How did the fire start?                        09:29:20
18   A.     I -- I have no idea.  I wasn't home.           09:29:22
19   Q.     Was anyone home?                               09:29:25
20   A.     No.                                            09:29:27
21   Q.     Do you -- who lives with you there?            09:29:27
22   A.     Nobody.                                        09:29:29
23   Q.     So the -- the house is gone completely?        09:29:29
24   A.     It's gone.                                     09:29:35
25   Q.     Did the police come out and investigate?       09:29:36
```

| | | |
|---|---|---|
| 1 | A. | Police -- I don't think police did, but |
| 2 | | the fire department came. |
| 3 | Q. | Okay. Did they take a report? |
| 4 | A. | Yes. |
| 5 | Q. | All right. Did you take any other |
| 6 | | measures to try to preserve those documents |
| 7 | | that we asked for? |
| 8 | A. | I mean... (Respite.) |
| 9 | Q. | Did you give copies of them to your |
| 10 | | lawyer? |
| 11 | A. | I haven't -- I hadn't yet, no. I was |
| 12 | | going to. I was bringing them to him. |
| 13 | Q. | Last weekend? |
| 14 | A. | No. I was going to bring them to him |
| 15 | | today. |
| 16 | Q. | Okay. And when did this fire happen? |
| 17 | A. | This past weekend, Sunday. |
| 18 | Q. | Where were you when -- when was the last |
| 19 | | time you were at home before the fire |
| 20 | | happened? |
| 21 | A. | Sunday morning. |
| 22 | Q. | What were you doing Sunday morning? |
| 23 | A. | Working on a semi. |
| 24 | Q. | And you -- when did you leave? |
| 25 | A. | About 10 o'clock Sunday morning. |

Timestamps:
09:29:38, 09:29:42, 09:29:43, 09:29:44, 09:29:44, 09:29:48, 09:29:51, 09:29:53, 09:29:57, 09:30:00, 09:30:00, 09:30:02, 09:30:04, 09:30:05, 09:30:08, 09:30:08, 09:30:10, 09:30:12, 09:30:17, 09:30:19, 09:30:19, 09:30:21, 09:30:24, 09:30:26, 09:30:31

| | | |
|---|---|---|
| 1 | Q.      Where'd you go? | 09:30:34 |
| 2 | A.      Went and picked a trailer up and went to | 09:30:36 |
| 3 | -- I was on my way to Princeton, Indiana, and | 09:30:39 |
| 4 | they called me and I turned around and went | 09:30:42 |
| 5 | back home. | 09:30:47 |
| 6 | Q.      What were you doing in Princeton, in | 09:30:47 |
| 7 | Indiana? | 09:30:49 |
| 8 | A.      I was going to pick up a load of | 09:30:49 |
| 9 | watermelons. | 09:30:52 |
| 10 | Q.      So you were driving? | 09:30:53 |
| 11 | A.      Yes. | 09:30:54 |
| 12 | Q.      Okay.  Whose truck were you driving? | 09:30:54 |
| 13 | A.      Mine. | 09:30:57 |
| 14 | Q.      What time did you get a call and who did | 09:30:57 |
| 15 | you get a call from? | 09:31:12 |
| 16 | A.      It was about 12:30, and I got a call from | 09:31:14 |
| 17 | a guy named Steve Barrett. | 09:31:21 |
| 18 | Q.      Who's Steve Barrett? | 09:31:23 |
| 19 | A.      He's just a guy I know, lives not too far | 09:31:25 |
| 20 | away. | 09:31:30 |
| 21 | Q.      All right.  What did Steve Barrett tell | 09:31:30 |
| 22 | you? | 09:31:33 |
| 23 | A.      He wanted to know, said that my pickup | 09:31:33 |
| 24 | was sitting there locked up and wanted to know | 09:31:36 |
| 25 | if I had a key, if there was a key around there | 09:31:38 |

```
 1   so they could move it 'cause the camper was on         09:31:41
 2   fire.                                                  09:31:46
 3   Q.    All right. You kept these documents in a         09:31:46
 4   camper?                                                09:31:49
 5   A.    That's where I was living, in a camper.          09:31:49
 6   Q.    You say a camper, like a RV?                     09:31:52
 7   A.    Yes.                                             09:31:55
 8   Q.    All right.                                       09:31:55
 9   A.    A 41 foot RV.                                    09:31:57
10   Q.    Where was this parked?                           09:31:57
11   A.    1235 Arnett Grove Road.                          09:31:59
12   Q.    How long have you lived there?                   09:32:02
13   A.    Since January.                                   09:32:05
14   Q.    January of 2016?                                 09:32:06
15   A.    Correct.                                         09:32:11
16   Q.    Where'd you live before that?                    09:32:11
17   A.    6550 Burkesville Road.                           09:32:14
18   Q.    6550 Burkesville Road?                           09:32:17
19   A.    Right.                                           09:32:20
20   Q.    Is that a house or what is it?                   09:32:20
21   A.    Burkesville Road?                                09:32:24
22   Q.    Yeah.                                            09:32:26
23   A.    It was a house.                                  09:32:26
24   Q.    Okay. Why did you move from the 6550             09:32:29
25   Burkesville Road?                                      09:32:34
```

```
 1   A.      I couldn't afford the payments on it and      09:32:34
 2   sold it.                                              09:32:36
 3   Q.      Did you have a more -- mortgage on it?        09:32:36
 4   A.      Yes.                                          09:32:39
 5   Q.      All right.  And did you buy a camper          09:32:39
 6   after that or did you already have a camper?          09:32:42
 7   A.      I already had the camper.                     09:32:44
 8   Q.      Did you keep the records for LSH Trucking     09:32:45
 9   at 6550 Burkesville Road?                             09:32:49
10   A.      'Til I moved, yes, sir.                       09:32:52
11   Q.      And you -- did you bring all of the           09:32:53
12   corporate documents from LSH Transport that           09:33:05
13   were at 6550 Burkesville Road to the camper at        09:33:09
14   1235 Arnett Grove Road?                               09:33:16
15   A.      Yes, I did.                                   09:33:17
16   Q.      All right.  Where did you keep them in        09:33:18
17   the camper?                                           09:33:21
18   A.      In the garage part of it.                     09:33:21
19   Q.      All right.  Are we talking about one of       09:33:22
20   these RVs that you see driving -- you can see         09:33:27
21   driving down the road that's got a garage part        09:33:30
22   to it or what are we talking about?                   09:33:33
23   A.      Talking about a -- it's a toy hauler,         09:33:35
24   called a toy hauler.                                  09:33:36
25   Q.      What is -- what is that?                      09:33:37
```

| | | |
|---|---|---|
| 1 | A. | It's got living quarters in the front and | 09:33:38 |
| 2 | | you got storage, like a garage in the back to | 09:33:40 |
| 3 | | put toys, four wheelers or motorcycles or | 09:33:42 |
| 4 | | whatever in the back. | 09:33:47 |
| 5 | Q. | Okay. | 09:33:48 |
| 6 | A. | It's called a garage. It's like a -- | 09:33:49 |
| 7 | Q. | So you kept -- | 09:33:53 |
| 8 | A. | -- 10-foot, 15-foot garage. | 09:33:54 |
| 9 | Q. | You kept the documents in the garage of | 09:33:56 |
| 10 | | this toy hauler -- toy hauler, is that what you | 09:33:58 |
| 11 | | called it? | 09:34:02 |
| 12 | A. | Yes. | 09:34:02 |
| 13 | Q. | What -- what did you keep them in? Did | 09:34:02 |
| 14 | | you keep them in a -- a box or a -- | 09:34:04 |
| 15 | A. | Everything was in totes. | 09:34:07 |
| 16 | Q. | What's a tote? | 09:34:08 |
| 17 | A. | Plastic totes. | 09:34:09 |
| 18 | Q. | Those little... | 09:34:12 |
| 19 | A. | No, they were big. Big. | 09:34:14 |
| 20 | Q. | Okay. Like a basket? What's -- | 09:34:16 |
| 21 | A. | Well, except they were bigger. | 09:34:21 |
| 22 | Q. | Okay. Well, how big? | 09:34:23 |
| 23 | A. | Storage totes. | 09:34:25 |
| 24 | Q. | Storage totes? | 09:34:27 |
| 25 | A. | Yes. | 09:34:28 |

| | | |
|---|---|---|
| 1 | Q. | Were they made of plastic? | 09:34:29 |
| 2 | A. | Yes. | 09:34:30 |
| 3 | Q. | And you had a few of those.  How many did | 09:34:31 |
| 4 | you have? | | 09:34:32 |
| 5 | A. | It's probably 10 or 15 in there. | 09:34:33 |
| 6 | Q. | And they all had papers in them? | 09:34:34 |
| 7 | A. | Some of them had pictures in them.  High | 09:34:36 |
| 8 | school annuals. | | 09:34:40 |
| 9 | Q. | Okay.  What about the -- the business | 09:34:40 |
| 10 | records? | | 09:34:43 |
| 11 | A. | Some of them had clothes in it. | 09:34:43 |
| 12 | Q. | What about the business records for LSH, | 09:34:48 |
| 13 | were -- those were in the totes? | | 09:34:52 |
| 14 | A. | They were in there. | 09:34:52 |
| 15 | Q. | Okay. | 09:34:52 |
| 16 | A. | Income tax papers, everything. | 09:34:53 |
| 17 | Q. | Had LSH Transport ever been -- have a DOT | 09:34:55 |
| 18 | audit done on it? | | 09:34:58 |
| 19 | A. | Yes. | 09:34:59 |
| 20 | Q. | Okay.  When did that happen? | 09:35:00 |
| 21 | A. | It did -- there was one done probably in | 09:35:02 |
| 22 | November of 2011.  And then it was one done in | | 09:35:06 |
| 23 | June, was it June of 2014. | | 09:35:12 |
| 24 | Q. | Okay.  June of 2014. | 09:35:16 |
| 25 | | Was it before or after the accident we're | 09:35:19 |

| | | |
|---|---|---|
| 1 | Q. There's a -- take a look at Exhibit 9. | 14:48:14 |
| 2 | A. (Witness complies.) | 14:48:19 |
| 3 | Q. The drug test results. | 14:48:20 |
| 4 | A. Yes. | 14:48:24 |
| 5 | Q. Looks like the fax is dated 6/11/14, and | 14:48:25 |
| 6 | it's got the number on there, 270-678-2347. | 14:48:29 |
| 7 | Do you know whose fax number that is? | 14:48:33 |
| 8 | A. That was mine. | 14:48:35 |
| 9 | Q. So it looks like it was fax'd to you on | 14:48:36 |
| 10 | June 11th. | 14:48:38 |
| 11 | Do you recall receiving it faxed to you | 14:48:39 |
| 12 | at any time before that? | 14:48:41 |
| 13 | A. (Witness reviews document.) | 14:48:42 |
| 14 | I don't know. No. | 14:48:47 |
| 15 | Q. Do you have any other records that would | 14:48:50 |
| 16 | show that you received the results before | 14:48:53 |
| 17 | June 11th, 2014? | 14:48:56 |
| 18 | A. No, I don't. | 14:48:58 |
| 19 | Q. And you've turned over -- before the fire | 14:48:59 |
| 20 | you turned over all the records related to Tony | 14:49:01 |
| 21 | Mills to your lawyer, correct? | 14:49:04 |
| 22 | A. That is correct. | 14:49:05 |
| 23 | Q. So if there was something showing you'd | 14:49:06 |
| 24 | received it before June 11th, it should be -- | 14:49:09 |
| 25 | should have been produced by now? | 14:49:12 |